MNO M. BOGOSYAN (SBN 351661)
LAWYERS FOR JUSTICE, PC
450 North Brand Blvd., Suite 900
Glendale, California 91203
Telephone: (818) 265-1020
Email: mno@calljustice.com

Attorneys for Plaintiff
MARCOS ALVARADO CABRERA

MICHAEL C. CHRISTMAN (SBN 319758)
MACY'S LAW DEPARTMENT
11477 Olde Cabin Road, Suite 400
St. Louis, Missouri 63141
Telephone: (314) 342-6334
Email: michael.christman@macys.com

Attorney for Defendant
MACY'S RETAIL HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ALVARADO CABRERA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS, LLC, a Ohio limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00018-DJC-SCR<br><br>**CLASS ACTION**<br><br>**AMENDED STIPULATION TO DISMISS AND ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)**<br><br>Complaint Filed: October 15, 2025<br>Removal Date:    January 2, 2026 |

LAWYERS *for* JUSTICE, PC
450 North Brand Blvd., Suite 900
Glendale, California 91203

LAWYERS *for* JUSTICE, PC
450 North Brand Blvd., Suite 900
Glendale, California 91203

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Marcos Alvarado Cabrera ("Plaintiff") and Defendant Macy's Retail Holdings, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to dismiss the action as follows:

**WHEREAS,** on October 15, 2025, Plaintiff initiated a lawsuit in the county of Placer, captioned *Marcos Alvarado Cabrera, individually, and on behalf of other members of the general public similarly situated v. Macy's Retail Holdings, LLC,* Case No. S-CV-0056465, asserting claims against Defendant individually on his own behalf and on behalf of a putative class of other members of the general public similarly situated for violations of the California Labor Code ("Lawsuit");

**WHEREAS,** on January 2, 2026, Defendant removed the Lawsuit to the United States District Court for the Eastern District of California, 2:26-cv-00018-DJC-SCR;

**WHEREAS,** following a series of meet and confer attempts, the Parties have agreed to dismiss Plaintiff's Lawsuit without prejudice;

////

2

AMENDED STIPULATION TO DISMISS AND
ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)

**NOW, THEREFORE**, Plaintiff and Defendant, by and through their respective counsel, stipulate that Plaintiff's Complaint is dismissed without prejudice.  Each Party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: March 5, 2026

By: */s/ Mno M. Bogosyan*
        **LAWYERS FOR JUSTICE, PC**
        Mno M. Bogosyan (SBN 351661)
        *mno@calljustice.com*
        450 North Brand Blvd., Suite 900
        Glendale, California 91203
        Telephone: (818) 265-1020

*Attorneys for Plaintiff Marcos Alvarado Cabrera*

Dated: March 5, 2026

By: */s/ Michael C. Christman*
        **MACY'S LAW DEPARTMENT**
        Michael C. Christman (SBN 319758)
        *michael.christman@macys.com*
        11477 Olde Cabin Road, Suite 400
        St. Louis, Missouri 63141
        Telephone: (314) 342-6334

*Attorneys for Defendant Macy's Retail Holdings, LLC*

3

AMENDED STIPULATION TO DISMISS AND
ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)

**ORDER**

Having reviewed the Parties' Amended Stipulation to Dismiss this Action and finding good cause, the Court hereby ORDERS:

The Action entitled *Marcos Alvarado Cabrera v. Macy's Retail Holdings, LLC*, case number 2:26-cv-00018-DJC-SCR, is hereby dismissed **without prejudice**.

IT IS SO ORDERED.

Dated:  March 5, 2026                          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

LAWYERS *for* JUSTICE, PC
450 North Brand Blvd., Suite 900
Glendale, California 91203

AMENDED STIPULATION TO DISMISS AND
ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)